# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-124 |
| JOSEPH PARRISH, | |
| Defendant. | |

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 4, 2022, Report and Recommendation, (doc. 1014), to which Defendant Joseph Parrish has not objected. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, Parrish's Motion to Dismiss, (doc. 224), is **DENIED**.

**SO ORDERED**, this 31st day of March, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA