IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH PARRISH,<br><br>Defendant. | CASE NO.: 4:20-cr-124 |

# **O R D E R**

On September 23, 2021, the parties filed a joint status report providing several outstanding motions before the Court.  (Doc. 772.)  The Court has resolved all pending pretrial motions, thus, the parties are hereby **DIRECTED** to confer and file a status report **on or before June 3, 2022**, notifying the Court as to the current status of the case.  The joint status report shall indicate whether (1) the parties are prepared to proceed to trial, and, if they are, list three potential dates for a status conference within the following 14 days; or, (2) if the parties believe the case will result in a negotiated plea agreement, whether additional time is needed for plea negotiations.

The Clerk of Court is DIRECTED to provide a copy of Magistrate Judge Ray's Criminal Status Report form by including it as an attachment to this Order on the record of the case.

**SO ORDERED**, this 26th day of May, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA