IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-124-17 |
| JOSEPH PARRISH, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Defendant's Motion for Exoneration of Bond. (Doc. 1373.) Upon consideration of the request for return of the bond posted in the above captioned case in the amount of **$2,500.00**, and a judgment of conviction having been entered in this case on July 18, 2023, the Court hereby **GRANTS** the Motion.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court shall disburse said funds, plus any and all accrued interest, to Brittany Nicole Ferguson, to the address provided on the Affidavit by Owner of Cash Security, doc. 247.

**SO ORDERED**, this 28th day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA